# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 DEC 12 PM 1:24

CLERK US DISTRICT COURT
SOUTHERN DIST OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN LEAL-DEL CARMEN,<br><br>　　　　　　Defendant. | CASE NO. 10CR1372-W<br><br>**JUDGMENT OF DISMISSAL AFTER REMAND** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Counts 2, 4, 6 :8 U.S.C 1324(a)(2)(B)(iii) and 18:2 - BRINGING IN

ILLEGAL ALIENS WITHOUT PRESENTATION

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/10/12

　　　　　　　　　　　　　　　　　　Thomas J. Whelan
　　　　　　　　　　　　　　　　　　U.S. District Judge